## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE APPLICATION OF JOSELEY MENDONCA BATISTA, WESLEY MENDONCA BATISTA, FRANCISCO DE ASSIS E SILVA, AND RICARDO SAUD FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:19-mc-00004-TSE-IDD |

## ORDER

Upon consideration of the Joint Motion of Petitioners, Respondent Joan Meyer, and

Intervenor Baker & McKenzie to reset the March 15, 2019 hearing regarding Ms. Meyer's

Section 1782 deposition in the above-captioned proceeding and for good cause shown, it is

hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the parties are directed that the hearing be continued until

**10:00 A.M. on Friday, March 22, 2019** in **Courtroom 900** of the United States District Court

for the Eastern District of Virginia, Alexandria Division.

Dated this /2th of March, 2019

/s/

T. S. Ellis, III
United States District Judge